# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00828-CV

**Retha Abernathy, Appellant**

**v.**

**Drake Borer, M.D., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. GN503796, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, informing that they have settled their dispute. The appeal is dismissed on the joint motion and costs are assessed against the party incurring them.

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Joint Motion

Filed:   March 20, 2006